IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Darlene Martinez | Date: May 25, 2010 |

**Civil Action No. 10-cv-00817-WDM-CBS**

| Parties: | Counsel: |
|---|---|
| WILDEARTH GUARDIANS, | James Tutchton |
| Plaintiff, | |
| v. | |
| KEN SALAZAR, in his official capacity as Secretary of the Department of the Interior, | Daniel Pollak *(telephonically)* |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Motion

**9:58 a.m.** **Court in session**.

Discussion had as to the proposed Settlement Agreement **(5)**.

**ORDERED:** Joint Motion to Enter Settlement Agreement **(5)** as Order of Dismissal **(6)** is **granted in part and denied in part**.

**ORDERED** Defendant shall submit its findings to the Federal Register on or before September 10, 2010. Plaintiff is awarded $700.00 in attorney's fees and cost incurred to date. The Complaint is dismissed with prejudice. The Court retains jurisdiction of the case.

Written Order to follow.

**10:11 a.m.** **Court in recess/hearing concluded**.

Total in-court time: 00:13