IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.  10-cv-00817-WDM-CBS

WILDEARTH GUARDIANS,

      Plaintiff,

v.

KEN SALAZAR,

      Defendant.

_____

**ORDER**
_____

This matter is before me on the parties' motion to enter the settlement agreement

as a order of dismissal (Doc. No. 6) and the parties' stipulated settlement agreement

(Doc. No. 5).  Being sufficiently advised in the premises, the parties' motion is granted in

part and denied in part.  Accordingly, it is ordered:

1.  On or before September 10, 2010, the US Fish and Wildlife Service

("Service") shall submit to the Federal Register for publication a 12-month finding with

regard to whether the listing of Sprague's pipit (*Anthus spragueii*) as threatened or

endangered is warranted, not warranted, or warranted but precluded pursuant to 16

U.S.C. § 1633(b)(3)(B);

2.  The Defendant shall pay Plaintiff $700 as full settlement for all claimed

attorneys' fees and costs incurred to date;

3.  Otherwise the complaint shall be dismissed with prejudice; and

4.  This court shall retain jurisdiction to enforce the parties' May 19, 2010 settlement agreement (Doc. No. 5).

DATED at Denver, Colorado, on May 26, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge